Russell A. Bustamante, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Bustamante v. Comm'r
Docket No. 2035-03S
United States Tax Court
2003 U.S. Tax Ct. LEXIS 46; August 20, 2003, Entered
*46 For PETITIONER: Russel A. Bustamante, Covina, CA; By: James A. Nelson, Los Angeles, CA.
Thomas B. Wells, Judge.
Thomas B. Wells
DECISION
Pursuant to the agreement of the parties in the above-entitled case, it is
ORDERED AND DECIDED: That there is no deficiency in income tax due from, nor overpayment income tax due to the petitioner for the taxable year 2000.
/s/ Thomas B. Wells
Judge
Entered: AUG 20 2003